# UNITED STATES DISTRICT COURT

``                                    DISTRICT OF                        CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                              **APPEARANCE**

OCTAVIO AVILA,
        Defendant.                             Case Number:   08MJ8655

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    OCTAVIO AVILA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/21/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                                         Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City             State           Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                     Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 21, 2008            ____/s/ Joseph McMullen_____
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Joseph_McMullen@fd.org